UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Sahdi Ahymad Cunningham,

    Plaintiff,

        v.                           Case No.   1:16cv952

State of Ohio, *et al.*,                Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on November 2, 2016 (Doc. 3).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation (Doc. 3) have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 3) of the Magistrate Judge is hereby **ADOPTED.** This matter is **DISMISSED** for lack of prosecution consistent with the recommendation by the Magistrate Judge.

**IT IS SO ORDERED.**

                                          *s/Michael R. Barrett*
                                          Michael R. Barrett
                                          United States District Judge